**Fill in this information to identify your case:**

Debtor 1    **Alvin Allen Thomas**
           First Name          Middle Name          Last Name

Debtor 2    **Mary Elizabeth Conwell-Thomas**
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Badcock & More**<br><br>Description of property securing debt: **Poulan Mower,** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**continue to make contract payments** | ■ No<br>☐ Yes |
| Creditor's name: **Capital One Bank**<br><br>Description of property securing debt: **1325 Windsor Avenue Bristol, TN 37620  Sullivan County House is in old deteriotaing neighborhood. Purchased 2010 for $82,000. It is a 1925 house which still needs roof and windows replaced. Outside steps and other repairs. City appraisl is** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**avoid lien using 11 U.S.C. § 522(f)** | ■ No<br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1 **Alvin Allen Thomas**
Debtor 2 **Mary Elizabeth Conwell-Thomas**     Case number *(if known)*

| Creditor's name: | **Department of the Treasury** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **1325 Windsor Avenue Bristol, TN 37620  Sullivan County House is in old deteriotaing neighborhood. Purchased 2010 for $82,000. It is a 1925 house which still needs roof and windows replaced. Outside steps and other repairs. City appraisl is** | **cont to pay lien** | |

| Creditor's name: | **Eastman Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2007 Honda Element 77,000 miles** | | |

| Creditor's name: | **Wells Fargo Home Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **1325 Windsor Avenue Bristol, TN 37620  Sullivan County House is in old deteriotaing neighborhood. Purchased 2010 for $82,000. It is a 1925 house which still needs roof and windows replaced. Outside steps and other repairs. City appraisl is** | | |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**     **Will the lease be assumed?**

| Lessor's name: | **Charles & Andrea Sweeney** | ■ No<br>☐ Yes |
|---|---|---|
| Description of leased Property: | **Real Estate Sale Agreement** | |
| Lessor's name: | **Re/Max Professionals** | ■ No<br>☐ Yes |
| Description of leased Property: | **Real Estate Contract** | |

Debtor 1  **Alvin Allen Thomas**
Debtor 2  **Mary Elizabeth Conwell-Thomas**                                Case number *(if known)*

Part 3:    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Alvin Allen Thomas**                              X  **/s/ Mary Elizabeth Conwell-Thomas**
   **Alvin Allen Thomas**                                     **Mary Elizabeth Conwell-Thomas**
   Signature of Debtor 1                                      Signature of Debtor 2

Date  **July 17, 2019**                                    Date  **July 17, 2019**

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Alvin Allen Thomas**
**Mary Elizabeth Conwell-Thomas**
Debtor(s)

Case No.

Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, 2019 I filed the aforesaid Chapter 7 Individual Statement of Intention with the United States Bankruptcy Court for the Eastern District of Tennessee using its CM/ECF Electronic Filing system and thereby caused a copy of the pleadings to be served on the U.S. Trustee's Office and the Chapter 7 Trustee and all other parties designated thereto.

I further certify that the Chapter 7 Individual Statement of Intention was served by U.S. Mail, First Class, Postage Prepaid upon all parties listed below.

**Badcock & More**
**PO Box 497**
**Mulberry, FL 33860**

**Capital One Bank**
**c/o Bart Lloyd, Nathan & Nathan, PC**
**PO Box 1715**
**Birmingham, AL 35201**

**Charles & Andrea Sweeney**
**1320 W. Palmetto Street**
**Florence, SC 29506**

**Department of the Treasury**
**Internal Revenue Service**
**Atlanta, GA 39901**

**Eastman Credit Union**
**Attn: Bankruptcy**
**Po Box 1989**
**Kingsport, TN 37662**

**Re/Max Professionals**
**127 N. Dargan Street, Suite 200**
**Florence, SC 29506**

**Specialized Loan Servicing LLC**
**PO Box 60535**
**City of Industry, CA 91716**

**Wells Fargo Home Mortgage**
**Attn: Bankruptcy Dept**
**P.O. Box 10335**
**Des Moines, IA 50306**

/s/ Bernard S. Via, III
**Bernard S. Via, III**
**Bernard S. Via, III**
**210 Johnson St.**
**Bristol, VA 24201**
**276/669-4003**
**bsvia@bvu.net**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy